

Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room C-103
Lexington, KY 40507-1152

DUANE L. O'CONNOR
404 EAST WOODLAWN AVENUE
HASTINGS, MI 49058



# KCOJ eFiling Cover Sheet

Case Number: 20-CI-03273

Envelope Number: 2895108

Package Retrieval Number: 289510820021079@00000935694

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Package:000001 of 000006

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)



EXHIBIT
A

Page 1 of 1

Generated: 10/30/2020 11:38:19 AM

Package : 000001 of 000006

| AOC-E-105  Sum Code: CI | | Case #: **20-CI-03273** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice   Courts.ky.gov | | County: **FAYETTE** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

Plantiff, **BAILEY, ALYSON VS. HASTINGS MUTUAL INSURANCE COMPANY**, Defendant

TO: **DUANE L. O'CONNOR**
    **404 EAST WOODLAWN AVENUE**
    **HASTINGS, MI 49058**

Memo: Related party is HASTINGS MUTUAL INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**HASTINGS MUTUAL INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Vincent Riggs*
Fayette Circuit Clerk
Date: 10/30/2020

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 289510820021079@00000935694
CIRCUIT: 20-CI-03273 Certified Mail
BAILEY, ALYSON VS. HASTINGS MUTUAL INSURANCE COMPANY



Page 1 of 1

eFiled

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)
Package : 000002 of 000006

Filed          20-CI-03273  10/30/2020          Vincent Riggs, Fayette Circuit Clerk

*Electronically Filed*

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL ACTION NO. 20-CI-_____
DIVISION _____

ALYSON BAILEY                                                    **PLAINTIFF**

v.

HASTINGS MUTUAL
INSURANCE COMPANY                                                **DEFENDANT**
*Serve: Via Certified Mail*
   Duane L. O'Connor
   404 East Woodlawn Avenue
   Hastings, MI 49058

## COMPLAINT

The Plaintiff, Alyson Bailey, for a Complaint against the Defendant, Hastings Mutual Insurance Company ("Hastings Mutual") states:

### PARTIES

1.   The Plaintiff, Alyson Bailey, is a resident of the Commonwealth of Kentucky, residing at 2057 St. Christopher Drive, Lexington, KY 40502.

2.   The Defendant, Hastings Mutual, is a non-resident insurer licensed to do business in the Commonwealth of Kentucky, which designated Duane L. O'Connor, 404 East Woodlawn Avenue, Hastings, MI 49058, as its registered agent for service of process in the Commonwealth of Kentucky.

3.   On or about November 25, 2019, in Lexington, Fayette County, Kentucky, Justin Henderson operated a vehicle in a negligent, careless and reckless manner causing it to collide with a vehicle owned and operated by Alyson Bailey.

Filed          20-CI-03273  10/30/2020          Vincent Riggs, Fayette Circuit Clerk

Filed            20-CI-03273 10/30/2020            Vincent Riggs, Fayette Circuit Clerk

4. The collision referred to in the aforementioned Paragraph was the result of the negligence of Justin Henderson.

5. The collision occurred at the intersection of St. Ann Drive and St. Phillip Drive.

6. The collision occurred because Justin Henderson failed to yield right of way.

7. Justin Henderson informed the responding police officer that it was "foggy" which caused him not to see the Plaintiff.

8. Justin Henderson's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes, including, but not limited to, those listed below.

9. Justin Henderson violated KRS 189.290(1).

10. Justin Henderson violated KRS 189.330.

11. Justin Henderson violated KRS 189.340.

12. Justin Henderson violated KRS 189.390(2).

13. Justin Henderson violated KRS 189.292.

14. Justin Henderson's violations of Kentucky Revised Statutes constitute negligence per se pursuant to KRS 446.070 and Kentucky case law

15. The injuries sustained by Plaintiff, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Justin Henderson's violation of these statutes.

16. That as a direct and proximate result of the collision referred to in Paragraph 3, gross negligence and carelessness, Alyson Bailey suffered temporary and permanent injuries causing great physical, mental pain, emotional distress and anguish and the loss of enjoyment of life and will continue to suffer such damage in the future, the injuries being permanent in nature; that the Plaintiff is subject to increased risk of future harm; has lost wages and that the ability to earn wages in the future is impaired; that the Plaintiff has incurred large sums of money for physicians and medical

Package:000004 of 000006

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000004 of 000006

Filed        20-CI-03273  10/30/2020        Vincent Riggs, Fayette Circuit Clerk

expenses in treatment of said injuries and will be required to incur large sums of money for physicians and medical expenses in the future, and injuries being permanent in nature.

17. The Plaintiff's damages are in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

18. At all times relevant herein and at the time of the collision described above, Plaintiff, Alyson Bailey was covered under a policy of insurance with Defendant Hastings Mutual. A copy of the policy is in the possession of Hastings Mutual, who issued same.

19. Hastings Mutual provided underinsured motorist coverage to Plaintiff, Alyson Bailey, which applies to the above-referenced collision of November 25, 2019.

20. Justin Henderson is an underinsured motorist.

21. Defendant has no information to suggest anyone other than Justin Henderson caused or contributed to the collision.

22. Justin Henderson was solely at fault for the collision.

23. Plaintiff is entitled to underinsured motorist benefits from Hastings Mutual to the extent provided by the policy and by operation of law arising out of the injuries and damages itemized above.

**WHEREFORE**, Plaintiff, Alyson Bailey, demands judgment against Defendant Hastings Mutual, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

Filed        20-CI-03273  10/30/2020        Vincent Riggs, Fayette Circuit Clerk

Package: 000005 of 000006                    Presiding Judge: HON. ERNESTO M. SCORSONE (622298)                    Package: 000005 of 000006

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiffs as a result of this action as follows: Optum, 11000 Optum Circle, MN102-0300, Eden Prairie, MN 55344, Preva 390 Health Plan, P.O. Box 56099, Madison, WI 53705.

**RESPECTFULLY** submitted this 30th day of October, 2020

/s/ David Noble
DAVID NOBLE
Morgan & Morgan, Kentucky PLLC.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8365
Facsimile: (859) 899-8111
Email: dnoble@forthepeople.com